**LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**LAW OFFICES OF JOHN L. BURRIS**
DeWITT M. LACY, Esq. (SBN 258789)
K. CHIKE ODIWE, Esq. (SBN 315109)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J.V., by and through his Guardian ad Litem Lidia Jacinto, individually and as successor-in-interest to Decedent SERGIO VELASCO MARTINEZ,<br><br>     Plaintiffs,<br> vs.<br><br>CITY OF AVENAL, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Avenal,<br><br>     Defendants. | CASE NO.: 1:18-cv-00863-DAD-EPG<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

**<u>RESPONSE</u>**

Plaintiff's Counsel submits this response to the Court's June 17, 2019 Order to Show Cause regarding the Court's requirement that Plaintiff explain why this matter should not be dismissed for failure to prosecute.

On June 17, 2019, the Court held a mid-discovery status conference. Counsel for Plaintiff, Kenneth Chike Odiwe was present, as was counsel for Defendants, Bruce Daniel Praet. At the time, Plaintiff's counsel informed the Court that he has had difficulty contacting the Guardian ad Litem, Lidia Jacinto, which has stalled the parties' discovery efforts.

For the second time, Plaintiff's counsel represents to the Court that he has had continued difficulty maintaining contact with the Guardian ad Litem, Lidia Jacinto.

Lidia Jacinto's native language is Spanish and she has considerable difficulty understanding English. Before this action was filed on June 21, 2018, Plaintiff's counsel maintained contact with Ms. Jacinto through telephonic communications as well as letters that were translated into Spanish. Ms. Jacinto responded to said correspondence. However, shortly after the action was filed, Plaintiff's counsel lost contact with her. In November of 2018, Plaintiff's counsel retained the services of a private investigator to locate Ms. Jacinto. The private investigator located an address where he believed that she was residing but failed to make contact with her. After the private investigator failed to make contact with her, Plaintiff's counsel attempted to call Ms. Jacinto several times with her last known phone number. Plaintiff's counsel also sent multiple letters in Spanish to Ms. Jacinto's last known address. Plaintiff's counsel has been unable to contact the guardian despite exhaustive efforts.

However, it is Plaintiff's counsel's position that this action cannot be dismissed because the claims of a minor plaintiff are at stake. The minor plaintiff M.J.V. maintains multiple claims against the City of Avenal as well as yet-to-be identified Avenal Police officers for the wrongful death of Plaintiff's father that occurred on July 26, 2017, and as outlined in Plaintiff's operative Complaint [see Docket No. 1]. Plaintiff should retain the right to continue litigating this action in the event that a suitable guardian presents themselves as willing to actively participate in the prosecution of this action for the benefit of the minor who frankly does not have control over Lidia Jacinto's conduct and

ultimately the outcome of this case. It would be unfair to bar the Plaintiff's action based on conduct the minor has no control over.

Plaintiff's counsel acknowledges that the inability to contact Lidia Jacinto has made the prosecution of this action very difficult. Plaintiff's counsel intends to file a motion with the Court to withdraw as counsel of records for Plaintiff.

Dated:  July 17, 2019                           **Law Offices of John L. Burris**

                                           __/s/ *Kenneth Chike Odiwe*_____
                                            Kenneth Chike Odiwe, Esq.,
                                            Attorney for Plaintiff