Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J.V., by and through his Guardian ad Litem Lidia Jacinto, individually and as successor-in-interest to Decedent SERGIO VELASCO MARTINEZ,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF AVENAL, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the City of Avenal,<br><br>　　　　　　Defendants. | NO. 1:18-cv-00863 DAD EPG<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' OSC re: DISMISSAL** |

　　　In reply to Plaintiffs' Response to this Court's OSC re: Dismissal, Defendants note the following objections:

　　　Plaintiffs filed this suit on June 21, 2018.  However, since that time Plaintiffs have done absolutely nothing to prosecute this case and have even (1) failed to comply with this Court's Scheduling Order by providing no initial disclosures on or since the deadline of February 25, 2019, and (2) completely failed to respond to written discovery served on April 11, 2019, and (3) failed to contribute to this Court's Joint Mid-discovery report.

//

1

However, perhaps most troubling is the outright misrepresentation to this Court.  In their most recent response to this Court's OSC re: Dismissal, Plaintiffs' counsel expressly state that they lost contact with Plaintiff "shortly after" filing the Complaint on June 21, 2018.  They further state that even their private investigator had been unable to locate or contact Plaintiff as of November, 2018.  Yet, on **December 21, 2018,** Plaintiffs' counsel filed an application for Guardian ad Litem [Dkt. 12] which purports to have Plaintiff's /s/ signature.  The obvious question is: How could Plaintiffs' counsel genuinely represent to this Court that they had obtained Plaintiff's signature if they had had no contact with her in months?

In a mixed message to this Court, Plaintiffs' counsel now suggest that they will be seeking to withdraw while still asking the Court to allow the essentially unrepresented minor child continue as a party on the hope that some mystery Guardian ad Litem might step forward at some undetermined time in the future. While such a suggestion might relieve Plaintiffs' counsel of any further responsibility, it would place Defendants in the impossible position of indefinitely facing uncertain litigation with no ability to conduct fading discovery or prepare a meaningful defense.

Although Defendants have an outstanding counter-claim, Defendants will be willing to dismiss such claims in exchange for a dismissal with prejudice of all claims by all Plaintiffs.  As such, Defendants respectfully request that the Court dismiss all claims by all parties with prejudice.

Dated: July 19, 2019                       FERGUSON, PRAET & SHERMAN
                                           A Professional Corporation


                                           By:   /s/ Bruce D. Praet
                                                 Bruce D. Praet, Attorneys for
                                                 Defendants